■ INDEPENDENT ORDER OF FORESTERS, Respondent, v RICHARD A. KAPLAN, Appellant. [744 NYS2d 750] —Appeal from a judgment (denominated order and judgment) of Supreme Court, Monroe County (Stander, J.), entered April 25, 2001, which, inter alia, adjudged that plaintiff shall recover the amount of $81,836.98 from defendant.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated at Supreme Court, Monroe County, Stander, J. Present—Pigott, Jr., P.J., Pine, Wisner, Scudder and Lawton, JJ.